UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY J. RETHKE,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C06-5018-RBL<br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for de novo administrative proceedings, including the following: the administrative law judge (ALJ) will further develop the record regarding Plaintiff's mental impairments with the assistance of a medical expert to determine the severity of Plaintiff's mental impairments; obtain medical expert testimony regarding the materiality of Plaintiff's substance use; further address the lay witness statements and providing adequate rationale regarding the weight given to that testimony; obtain supplemental vocational expert evidence; and based on the

Page 1    ORDER OF REMAND- [C06-5018-RBL]

expanded record and all of Plaintiff's limitations determine whether there are a significant number of jobs available that Plaintiff can perform.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under  28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 19th day of July, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

   s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov

Page 2      ORDER OF REMAND- [C06-5018-RBL]